# RELIEF FROM STAY SUMMARY SHEET
\* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
*THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.*

**DEBTOR:** CATHERINE C. WILLIAMS SHAW   **CASE NO.** 14-26593

**MOVANT:** CITY OF SACRAMENTO   **DC NO.** BEP - 1

**HEARING DATE/TIME:** August 12, 2015, 10:00 a.m., Dept. B, Courtroom 32

**RELIEF IS SOUGHT AS TO:**

    (X) REAL PROPERTY   Assessor Parcel Number (APN): 023-0141-010

    ( ) PERSONAL PROPERTY   If applicable, Vehicle Identification Number (VIN): _____

    ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action: _____

2. Movant's trust deed is a   ( ) 1st   ( ) 2nd   ( ) 3rd   ( ) Other: _____
   OR
   Leased property is   (X) Residential   ( ) Non-residential   Term: ( ) Month-to-Month   ( ) Other

3. Verified appraisal filed? _____   Movant's valuation of property: $ _____

4. The following amounts are presently owing to movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ _____ | $ _____ | $ _____ | $ 0.00 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.

   _____   $ _____
   _____   $ _____
   _____   $ _____
   TOTAL ALL LIENS   $ 0.00
   DEBTOR'S EQUITY   $ _____

6. Monthly payment is $ _____, of which $ _____ is for impound account. Monthly late charge is $ _____

7. The last payment by debtor was received on _____ and was applied to the payment due _____

8. Number of payments past due and amount: (a) Pre-petition _____ $ _____ (b) Post-petition _____ $ _____

9. Notice of Default was recorded on _____. Notice of sale was published on _____

10. If a chapter 13 case, in what class is this claim? _____

11. Grounds for seeking relief (check as applicable):

        ( ) § 362(d)(1)   ( ) § 362(d)(2)   ( ) § 362(d)(3)   ( ) § 362(d)(4)

        ( ) Cause   ( ) Inadequate protection   ( ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

        ( ) Surrendered pursuant to Statement of Intention.   ( ) Report of No Distribution has been filed.

        (X) Other § 362(b)(4)

12. For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.
    The Subject Property is a public nuisance that is a threat to the health, welfare, and safety of the public. Accordingly, the City of Sacramento Requests a relief from the automatic stay to abate a public nuisance.

EDC 3-468 (Rev. 11/10)

