# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Catherine C Williams Shaw | **Case No :**<br>**Date :**<br>**Time :** | 14–26593 – E – 13C<br>09/09/2015<br>10:00 |

| | |
|---|---|
| **Matter :** | [23] – Motion for Relief from Automatic Stay [BEP–1] Filed by Creditor City of Sacramento (Fee Paid $0.00) (eFilingID: 5562194) (ltrf) |

| | | | |
|---|---|---|---|
| **Judge :**<br>**Department :** | Ronald H. Sargis<br>E | **Courtroom Deputy :**<br>**Reporter :** | Sheryl Arnold<br>Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Talvinder Bambhra (for the Trustee)

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by City of Sacramento ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the court confirms that pursuant to 11 U.S.C. § 362(b)(4) the below specified automatic stay provisions of the Bankruptcy Code does not apply to the City of Sacramento in the exercise of its police and regulatory power with respect to the real property commonly known as 5003 Argo Way, Sacramento, California:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; and

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title.

ORDER CONTINUED ON NEXT PAGE

IT IS FURTHER ORDERED that the automatic stay provisions of 11 U.S.C. § 362(a) are modified to allow the City of Sacramento to obtain, perfect, and enforce an liens against the real property commonly known as 5003 Argo Way, Sacramento, California, for any obligations of Debtor or other person too the City of Sacramento for reimbursement of costs and expenses to the City from the exercise of the City's police and regulatory powers relating to the above identified real property.

Further or additional relief is denied without prejudice.

Dated: September 14, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court